[No. 42733-4-I.    Division One.    August 30, 1999.]

GONZALES BORING & TUNNELING, INC., *Respondent*, v.
MIKE M. JOHNSON CONSTRUCTION, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-02712-8, Ronald L. Castleberry, J., entered April 28, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Baker and Appelwick, JJ.

[No. 42835-7-I.    Division One.    August 30, 1999.]

EVERETT SCHOOL DISTRICT NO. 2, *Respondent*, v. MICHAEL
MASTO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-05766-1, Joseph A. Thibodeau, J., entered May 13, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, C.J., and Ellington, J.

[No. 42846-2-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN JOSUE
GONZALEZ, *Defendant*, ADOLFO HERNANDEZ-CONTRERAS,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08795-0, Donald D. Haley, J., entered June 8, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42914-1-I.    Division One.    August 30, 1999.]

EASTSIDE SAND & GRAVEL, INC., *Respondent*, v. AAA
MONROE ROCK CORP., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-30032-2, Ricardo S. Martinez, J., entered May 22, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Cox, JJ.